MARC S. HINES (SBN 140065)
mhines@hinessmith.com
MICHELLE L. CARDER (SBN 174481)
mcarder@hinessmith.com
CHRISTINE M. EMANUELSON (SBN 221269)
cemanuelson@hinessmith.com
**HINES SMITH CARDER**
3090 Bristol Street, Suite 300
Costa Mesa, California 92626
Tel.:   (714) 513-1122
Fax:   (714) 513-1123

Attorneys for Defendant,
NATIONWIDE AGRIBUSINESS INSURANCE
COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| BRITZ FERTILIZERS, INC., | Case No. 1:10-CV-02051-AWI-MJS |
|---|---|
| Plaintiff, v. | **SUBSTITUTION OF ATTORNEY** |
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, | |
| Defendant. | |

Defendant NATIONWIDE AGRIBUSINESS INSURANCE COMPANY hereby requests the Court approve the substitution of Marc S. Hines, Michelle L. Carder and Christine M. Emanuelson of Hines Smith Carder, 3090 Bristol Street, Suite 300, Costa Mesa, CA 92626, (714) 513-1122, as attorney of record in place and stead of W. Eric Blumhardt of Archer Norris.

DATED: November ___, 2011       _____
                                Cheryl Archual
                                Defendant, NATIONWIDE AGRIBUSINESS
                                INSURANCE COMPANY

/ / /

/ / /

/ / /

1

SUBSTITUTION OF ATTORNEY

I consent to substitute out.

DATED:  November ___, 2011          ARCHER NORRIS

By: _____
W. Eric Blumhardt
Attorney for Defendant
NATIONWIDE AGRIBUSINESS
INSURANCE COMPANY

I consent to substitute in.

DATED:  November ___, 2011          HINES SMITH CARDER

By: _____
Marc S. Hines
Michelle L. Carder
Christine M. Emanuelson
Attorney for Defendant
NATIONWIDE AGRIBUSINESS
INSURANCE COMPANY

**ORDER**

Good cause appearing, the above stipulation is approved.  Marc S. Hines, Michelle L. Carder and Christine M. Emanuelson of Hines Smith Carder, 3090 Bristol Street, Suite 300, Costa Mesa, CA 92626, (714) 513-1122, as attorney of record in place and stead of W. Eric Blumhardt of Archer Norris.

It is so ordered.

November 3, 2011                     /S/ Michael J. Seng
                                     United States Magistrate Judge

2

SUBSTITUTION OF ATTORNEY