TED R. FRAME #023736
FRAME & MATSUMOTO
201 Washington Street
P.O. Box 895
Coalinga, CA 93210
Telephone:      (559) 935-1552
Facsimile:      (559) 935-1555

Joan M. Cotkin (CA 70665)
Terry C. Leuin (CA 105968)
NOSSAMAN LLP
777 S. Figueroa Street, 34th Floor
Los Angeles, CA 90071
Telephone: (213) 612-7800
Facsimile:  (213) 612-7801

**Attorneys for Plaintiff Britz Fertilizers, Inc.**

Marc Hines
Christine M. Emanuelson
HINES SMITH CARDER
3090 Bristol, Suite 300
Costa Mesa, CA 92626
Phone: (714) 513-1122
Fax:      (714) 513-1123

**Attorneys for Defendant Nationwide Agribusiness Insurance Company**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| **BRITZ FERTILIZERS, INC.,** ) | **Case No. 1:10:CV-02051-AWI-MJS** |
| ) | |
| **Plaintiff,** ) | **ORDER MODIFYING SCHEDULING** |
| ) | **ORDER** |
| **v.** ) | |
| ) | |
| **NATIONWIDE AGRIBUSINESS** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

LAW OFFICES OF
FRAME &
MATSUMOTO
PO Box 895
Coalinga, CA
93210

Good cause appearing therefore, the following dates specified in the Court's scheduling order filed December 16, 2011 (document 9) are extended and modified as set forth herein. (Changes from the parties' request are noted in **bold**.)

Discovery Deadlines:
    Non Expert Discovery:         5/14/2012
    Expert Disclosure:            5/7/2012
    Supplemental Expert Disclosure: 5/28/2012
    Expert Discovery:             6/25/2012

Non-Dispositive Motion Deadlines:
    Filing:     7/9/2012
    Hearing:    To Be Determined

Dispositive Motion Deadlines:
    Filing:     8/6/2012
    Hearing:    **Not later than 10/2/2012** at 1:30 p.m.
                Courtroom 2

Settlement Conference:
    To Be Determined

Pre-Trial Conference:
    **11/21/2012 at 8:30 a.m.**
    Courtroom 2

Trial:    1/08/2013 at 8:30 a.m.
          Courtroom 2 (JT-5 days)


IT IS SO ORDERED.


November 10, 2012                    /S/  Michael J. Seng
                                     United States Magistrate Judge

LAW OFFICES OF
FRAME &
MATSUMOTO
PO Box 895
Coalinga, CA
93210