UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| BRITZ FERTILIZERS, INC., | ) | Case No. 1:10:CV-02051-AWI-MJS |
| Plaintiff, | ) ) ) | ORDER RE SCHEDULING ORDER |
| v. | ) ) | |
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | | |

Good cause appearing, IT IS SO ORDERED that:

Discovery Deadlines:

    Non Expert Discovery:    2/18/2013

    Expert disclosure:    2/4/2013

    Supplemental Expt. discl.    2/25/2013

    Expert Discovery:    3/25/2013

Non-Dispositive Motion Deadlines:

    Filing: 3/25/2013

    Hearing : To Be Determined

Dispositive Motion Deadlines:

    Filing: 1/7/2013

    Hearing: Not later than 2/18/2013 at 1: 30 p.m.

Settlement Conference: To be determined

Pre-trial Conference: 3/20/2013 at 8:30 a.m. Crtrm 2

Trial: 4/30/2013 at 8:30 a.m. Crtrm 2 (JT-10 days)

IT IS SO ORDERED.

Dated: April 5, 2012      /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE