# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRITZ FERTILIZERS, INC., | ) | 1:10-cv-02051-AWI-MJS |
| | ) | |
| Plaintiff, | ) | ORDER VACATING HEARING |
| | ) | DATE AND TAKING MATTERS |
| v. | ) | UNDER SUBMISSION |
| | ) | |
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, | ) | (Docs. 79, 82) |
| | ) | |
| Defendant. | ) | |

Plaintiff Britz Fertilizers, Inc., and defendant Nationwide Agribusiness Insurance Company have filed competing motions for summary judgment (docs. 79, 82), set for hearing on May 6, 2013. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds these matters suitable for decision without oral argument. *See* Local Rule 230(g). Accordingly, the scheduled hearing date of May 6, 2013 is hereby VACATED and the parties shall not appear. The Court will take the matters under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 30, 2013

SENIOR DISTRICT JUDGE