# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRITZ FERTILIZERS, INC., | ) | 1:10-cv-02051-AWI-MJS |
| Plaintiff, | ) ) | ORDER VACATING ALL FUTURE DATES |
| v. | ) ) | |
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

The parties have filed competing motions for summary judgment, currently under submission. In consideration of the time requirements needed to review these motions, the Court VACATES all future dates, including the June 26, 2013 pretrial conference and the August 27, 2013 trial date. The Court shall schedule a trial-setting conference once orders on summary judgment have been issued.

IT IS SO ORDERED.

Dated:   June 17, 2013

_____
SENIOR DISTRICT JUDGE