1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT FOR THE**

9                      **EASTERN DISTRICT OF CALIFORNIA**

10

11      BRITZ FERTILIZERS, INC.,              )      1:10-cv-02051-AWI-MJS
                                             )
12                         Plaintiff,        )      ORDER VACATING ALL
                                             )      FUTURE DATES
13                 v.                        )
                                             )
14      NATIONWIDE AGRIBUSINESS              )
        INSURANCE COMPANY,                   )
15                                           )
                           Defendant.        )
16      _____     )

17

18      The parties have filed competing motions for summary judgment, currently under submission.  In

19      consideration of the time requirements needed to review these motions, the Court VACATES all

20      future dates, including the June 26, 2013 pretrial conference and the August 27, 2013 trial date.  The

21      Court shall schedule a trial-setting conference once orders on summary judgment have been issued.

22

23      IT IS SO ORDERED.

24

25      Dated:    June 17, 2013                    _____

26                                                     SENIOR  DISTRICT  JUDGE

27

28