UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRITZ FERTILIZERS, INC., | ) Case No. 1:10:CV-02051-AWI-MJS |
| Plaintiff, | ) |
| v. | ) **ORDER CONTINUING TRIAL SETTING CONFERENCE** |
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, | ) |
| Defendant. | ) |

Based upon the Stipulation Continuing Trial Setting Conference, and good cause appearing therefore, IT IS HEREBY ORDERED THAT the Trial Setting Conference currently scheduled for November 8, 2013, at 9:30 a.m. is hereby continued to December 6, 2013, at 1:30 p.m. to be held in Fresno, Courtroom 6, before Magistrate Judge Michael J. Seng.

IT IS SO ORDERED.

Dated:   October 9, 2013                    /s/ *Michael J. Seng*
                                                                 UNITED STATES MAGISTRATE JUDGE

1

**[PROPOSED] ORDER CONTINUING TRIAL SETTING CONFERENCE**