UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRITZ FERTILIZERS, INC., | Case No. 1:10:CV-02051-AWI-MJS |
| Plaintiff, | **ORDER CONTINUING TRIAL SETTING CONFERENCE** |
| v. | |
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, | |
| Defendant. | |

Based upon the Stipulation Continuing Trial Setting Conference, and good cause appearing therefore, IT IS HEREBY ORDERED THAT the Trial Setting Conference currently scheduled for November 8, 2013, at 9:30 a.m. is hereby continued to December 6, 2013, at 1:30 p.m. to be held in Fresno, Courtroom 6, before Magistrate Judge Michael J. Seng.

IT IS SO ORDERED.

Dated:   October 9, 2013           /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE