Fred R. Frame, #023376
FRAME, MATSUMOTO & COELHO
3265 W. Figarden Dr., Ste. 201
Fresno, CA 93711
P.O. Box 13129 Fresno, CA 93794
Telephone: (559)935-1552
Facsimile:   (55)935-1555

Joan M. Cotkin, #70665
Thomas D. Long, #105987
NOSSAMAN LP
777 Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone: (213) 612-7800
Facsimile: (213) 61-7801

James H. Wilkins, #116364
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

Attorneys for Plaintiff, Britz Fertilizers, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-FRESNO

| BRITZ FERTILIZERS, INC., | Case Number 1:10-CV-02051-AWI-MJS |
|---|---|
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF TRIAL DATE; ORDER** |
| v. | |
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, and Does 1 through 25, inclusive. | |
| Defendants. | |

Counsel for Plaintiff, BRITZ FERTILIZERS, INC., by and through its attorneys of record, Frame, Matsumoto & Coelho, Nossaman, LP and Wilkins, Drolshagen & Czeshinski, LLP, and Defendant Nationwide Agribusiness Insurance Company, by and through its attorneys of record, Hines Carder, desire to continue the trial date and extend the other previously scheduled cut off dates in this matter

1    The trial date is currently scheduled for September 16, 2014. Plaintiff's counsel, James H.
2 Wilkins, has developed a scheduling conflict which necessitates continuing the trial date.  All
3 other parties are in agreement and hereby stipulate to continue the trial.

4    Specifically, James H. Wilkins is an avid archery hunter.  However, because of the time
5 constraints imposed by the practice of law, and family commitments and obligations, he limits his
6 archery hunting efforts to applying for a couple of hunts a year.  These efforts are limited to
7 seeking archery permits for Elk in the State of Arizona and New Mexico.  Because of the limited
8 number of Elk in these states, tags are issued on the basis of a random draw system, which
9 essentially works as a lottery.   In addition, most of these tags are, by design, reserved for residents
10 of Arizona and New Mexico.  Consequently, it is extremely difficult to draw such a tag as a
11 nonresident.  In fact, Mr. Wilkins has been attempting to draw a New Mexico tag for over 20
12 years and have still not been successful.   In addition, it has been several years since Mr. Wilkins
13 was fortunate enough to draw an Arizona elk tag.

14    As is the undersigned's custom and practice, Mr. Wilkins applied for an Arizona archery
15 elk tag earlier this year and recently was advised that he was successful in drawing an Arizona tag
16 for archery bull elk in Unit 11m.  The cost of the hunting license and elk tag exceeds $700.00.
17 The applicable dates for this hunt are in conflict with the scheduled September 16, 2014 trial date.
18 If Mr. Wilkins was unable to participate in this hunt because of the current trial date, he would not
19 only lose the cost of purchasing the tag, he would also lose all of the bonus points he built up over
20 the years, attempting to obtain this tag. Moreover, in order to receive these bonus points, Mr.
21 Wilkins was required to purchase a nonresident hunting license each year, at a cost of
22 approximately $160.00 per year. Because of the extreme difficulty in obtaining such a tag, the cost
23 associated with applying for and obtaining the tag, and the infrequency in which Mr. Wilkins has
24 an opportunity to participate in such a hunt, it is Mr. Wilkins' intention to take the entire
25 two-week season off of work for this hunt.

26    Because this matter is currently scheduled to commence trial on September 16, 2014, the trial is
27 presently scheduled to begin during a period of time while Mr. Wilkins will be participating in his elk
28 hunt. Accordingly, a trial continuance is necessary. In addition, the parties have met and

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
785 N. Willow Ave.
Fresno, CA 93710

conferred in regard to a continuance of the present trial date and agree that the continuance requested herein will allow the parties additional time to engage in substantive settlement discussions before incurring additional fees and costs for trial preparation.

The parties hereto further stipulate that having agreed to the proposed trial date, the Defendants waive any rights under Federal Rules of Civil Procedure, Rule 41(b) to bring a motion to dismiss for failure to bring the matter to trial at some earlier date.

THEREFORE, it is stipulated and agreed by and among the parties, through their respective counsels of record, that the trial and pretrial conference of the above-captioned matter may be continued as follows:

(1) Pretrial Conference: June 15, 2015

(2) Trial: August 11, 2015

Dated: April 24, 2014

WILKINS, DROLSHAGEN & CZESHINSKI LLP

By *__/s/ James H. Wilkins__*
James H. Wilkins
Attorneys for Plaintiff, Britz Fertilizers, Inc.

Dated: April 24, 2014

FRAME, MATSUMOTO & COELHO

By *__/s/ Ted R. Frame__*
Ted R. Frame
Attorneys for Plaintiff, Britz Fertilizers, Inc.

Dated: April 24, 2014

NOSSAMAN LP

By *__/s/ Joan M. Cotkin__*
Joan M. Cotkin
Attorneys for Plaintiff, Britz Fertilizers, Inc.

Dated: April 24, 2014

HINES CARDER

By *__/s/ Marc S. Hines__*
Marc S. Hines
Attorneys for Defendant, Nationwide Agribusiness Insurance Company

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
785 N. Willow Ave.
Fresno, CA 93710

<u>ORDER</u>

Good cause (albeit of a very unusual nature) appearing and the parties being in agreement, the above stipulation is accepted and it is ordered that the following two events be continued to the date indicated next to each:

        Pretrial Conference:   June 15, 2015

        Trial:                      August 11, 2015\

IT IS SO ORDERED.

Dated:    April 28, 2014                /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
785 N. Willow Ave.
Fresno, CA 93710