**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRITZ FERTILIZERS, INC., | 1:10-cv-02051-AWI-MJS |
| Plaintiff, | ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER |
| v. | |
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, | |
| Defendant. | |

On August 25, 2015, Plaintiff filed a notice of settlement. Doc. 146. On the same date, Magistrate Judge Seng ordered the parties to submit dispositional documents, in accordance with Local Rule 160, by January 15, 2016. The Magistrate Judge further directed the parties to request an extension of time to file dispositional documents if they were to be unable to submit dispositional documents within the allotted time. The parties failed to submit dispositional documents. The parties further failed to request an extension of time or to notify the Court of the reason for their failure to comply with an order of this Court. The parties are hereby ORDERED TO SHOW CAUSE by January 26, 2016, why this case should not be dismissed for failure to comply with a court order. Fed. R. Civ. P. 41(b); Local Rule 110; <u>Hells Canyon Preservation Council v. United States Forest Service</u>, 403 F.3d 683, 689 (9th Cir. 2005); <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

IT IS SO ORDERED.

Dated:   January 19, 2016                                        _____
                                                                 SENIOR  DISTRICT  JUDGE

1