IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITZ FERTILIZERS, INC., | 1:10-cv-02051-AWI-MJS |
| Plaintiff,<br>v. | ORDER DISCHARGING ORDER TO SHOW CAUSE AND DISMISSING ACTION |
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, | |
| Defendant. | |

On January 20, 2016, the Court ordered the parties to show cause why this case should not be dismissed for failure to file dispositional documents as required by the Magistrate Judge's August 25, 2015 order. Instead of responding directly to the Court's order, Plaintiff filed a notice of dismissal pursuant to Rule 41(a)(1)(A)(ii). Because the parties have filed a stipulation for dismissal signed by all parties who have appeared in this action, this case has terminated. Fed. R. Civ. P. 41(a)(1)(A)(ii).

The order to show cause issued on January 20, 2016 is hereby DISCHARGED. This case is hereby DISMISSED with prejudice and without an award of attorneys' fees or costs to any party. The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  January 21, 2016                                    _____
                                                                                   SENIOR  DISTRICT  JUDGE

1